August 16, 2013

FILED/REC'D

AUG 19

8:00 AM
CLERK
U.S. BANKRUPTCY COURT

The Honorable Robert Martin
Western District of Wisconsin
120 North Henry Street  Rm 340
Madison WI  53703

My dear Honorable Judge Martin,

We strongly object to the prepackaged, Chapter 11 bankruptcy reorganization plan proposed by Anchor BanCorp. Current shareholders will lose their stake, as Anchor's current stock will no longer exist if the bankruptcy plan is approved by the court

We are small investors as follows:

1. Certificate ▓▓▓480 for 350 shares
2. Account No. ▓▓▓2280 for 359.714

Since 2001 we have been loyal shareholders. There has been no communication from Anchor BanCorp since 2008, except now for this Chapter 11 Bankruptcy case, nor has there been any annual reports or solicitation of our vote in connection with the plan. Anchor BanCorp has entered into agreements with other institutional and private investors without our knowledge.

Your Honorable Judge Martin hopefully will decide in a fair, impartial, indiscriminate and equitable manner to resolve this case. We rely upon you with respect to your judicial determination, duties and responsibilities pursuant to the plan.

Please provide "Justice for All."

Respectfully submitted,

*David A. Richmond*

David A. Richmond

*Janice A. Richmond*

Janice A. Richmond
299 East Moore Street
Berlin WI  54923

Phone: 920-361-2248